UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

MARILYN DIMAS, an individual

    Plaintiff,

v.                                      Case No.: 2:19-cv-649-FtM-38NPM

JEFFREY M. STEINBERG, MD, P.A.,

    Defendant.
_____/

## **ORDER**[1]

Before the Court is Defendant Jeffrey M. Steinberg, M.D., P.A.'s Renewed Motion to Stay Case and Compel Mediation and Binding Arbitration (Doc. 33), which Plaintiff Marilyn Dimas does not oppose (Doc. 34). Upon consideration of the record and applicable law, the Court will refer this action to mediation and binding arbitration and stay the case.

Accordingly, it is now

**ORDERED:**

(1) The Renewed Motion to Stay Case and Compel Mediation and Binding Arbitration (Doc. 33) is **GRANTED**.

(2) All proceedings in this case are **STAYED** until the parties tell the Court that arbitration has been completed and the stay is due to be lifted or the case is

---

[1] Disclaimer: Documents hyperlinked to CM/ECF are subject to PACER fees. By using hyperlinks, the Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide, nor does it have any agreements with them. The Court is also not responsible for a hyperlink's availability and functionality, and a failed hyperlink does not affect this Order.

due to be dismissed.  The parties must notify the Court of such matters within **five (5) days** of the arbitration proceedings ending.

(3) The parties are **DIRECTED** to file a joint report on the status of arbitration on or before **May 19, 2020**, and every ninety days after until arbitration concludes.

(4) The Clerk is **DIRECTED** to add a stay flag.

**DONE** and **ORDERED** in Fort Myers, Florida this 19th day of February 2020.

*Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record